IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHANIE CORREA,

        Plaintiff,

v.                                            No. CIV-13-0377 WJ/LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 24)* filed on March 14, 2014, which recommended granting *Plaintiff's Motion to Reverse or Remand Commissioner's Administrative Decision (Doc. 19)*. No party has filed objections to the *Proposed Findings and Recommended Disposition (Doc. 24)* and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 24)*; grant *Plaintiff's Motion to Reverse or Remand Commissioner's Administrative Decision (Doc. 19)*; and enter a judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 24)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that *Plaintiff's Motion to Reverse or Remand Commissioner's Administrative Decision (Doc. 19)* is **GRANTED**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Commissioner for further proceedings consistent with the *Proposed Findings and Recommended Disposition (Doc. 24)* and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**HONORABLE WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE**